FILED
Jul 07 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ AI DEPUTY

# COVER LETTER FOR FEDERAL LAWSUIT FILINGS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
333 West Broadway, Suite 420
San Diego, CA 92101

'25CV1665 DMS MSB

**DATE:** June 29, 2025

**To the Clerk of the Court:**

I, Jacob Matthew, a private Minnesotan acting in my equitable, private capacity as Trustee of the Jacob Matthew: Jensen Family Trust, respectfully submit the enclosed filings for two lawsuits: (1) June 20th Rights Deprivations (Jacob Matthew v. Christopher Palomares, et al.) and (2) Passport Denial Lawsuit (Jacob Matthew v. United States, et al.), per "equity demands justice" (*Gibson's Suits in Chancery*, Chapter 2, Section 17; Pomeroy's *A Treatise on Equity Jurisprudence*, Volume 1, Section 109).

As an indigent pro se litigant and honorably discharged veteran of the U.S. Army's 75th Ranger Regiment, 2nd Battalion, I request the following, per "equity aids the vigilant":

1. File the enclosed Original and Copy folders for each lawsuit.
2. Forward the following ex parte motions to the duty magistrate judge for immediate review:
    - Request for In-Chambers Conference (both lawsuits)
    - Motion for Temporary Restraining Order (both lawsuits)
    - Motion to Seal (both lawsuits)
    - Motion to Proceed In Forma Pauperis (both lawsuits)
    - Notice of Related Cases (both lawsuits)
3. Schedule the non-ex parte Notice of Motion and Motion for Preliminary Injunction (both lawsuits) per court procedure.
4. Assign my equitable claims to an Article III judge for final adjudication, while allowing magistrate review of ex parte motions, per "equity demands justice."
5. Provide stamped copies of all Original documents for my records, as I am filing In Forma Pauperis.

The documents are two-hole punched and ordered with a Complaint Index for reference, with exhibits marked "Exhibit [Number]" in black ink of the top right corner, per "equity demands truth." I am available at (763) 258-3004 or jakej2284@gmail.com for any clarification needed. Thank you for your assistance in this equitable pursuit, per "equity acts with speed."

**DATED**: June 29, 2025
**Respectfully submitted**,

Jacob Matthew, in Private Capacity
c/o 29489 Miller Road
Valley Center, CA 92082
Phone: (763) 258-3004
Email: jakej2284@gmail.com
Sui Juris Plaintiff

**Autograph**: Jacob Matthew /Beneficiary Executed: June 29, 2025
Jacob Matthew, Without Prejudice, All Rights Reserved, Without Recourse
Private Minnesotan, Sui Juris, In Private Capacity