# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600 Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

8/13/26

Jacob Matthew, Minnesotan, in privat

Jacob Matthew
29489 Miller Road
Valley Center, CA 92082

Matthew v. Palomares et al; 25-cv-01665-DMS-MSB

Jacob Matthew, Minnesotan, in private capacity, sui juris

Enclosed are the materials you will need to complete U.S. Marshal Service in your case.
Here is what you must do:

A) Keep for your records: One copy of your Amended Complaint and one copy of the Court Order Granting your Motion to Proceed IFP and/or Directing U.S. Marshal Service pursuant to 28 U.S.C. 1915(d) and Fed.R.Civ.P. 4(c)(3).

B) Remove the U.S. Marshal Service Forms(s) (USM-285) and complete the top portion, including the name and street address of the person you have named as a defendant and wish to serve, as completely and clearly as possible. You must complete one USM-285 Form for each defendant listed on the summons and Ordered to be served.

C) Return the following items to the U.S. Marshal at this address:

**U.S. Marshals Office**
**U.S. Courthouse**
**333 West Broadway, 100**
**San Diego, CA 92101**

1. All the remaining copies of your Amended Complaint - one for each defendant and one for the Marshal's records;
2. All copies of the summons for the U.S. Marshal's Records; and
3. The certified copy of the Court's Order Granting your Motion to Proceed IFP and/or Directing U.S. Marshal Service pursuant to 28 U.S.C. 1915(d) and Fed.R.Civ.P 4(c)(3).

Sincerely yours,

JOHN MORRILL
Clerk of Court

By: s/ R. Contreras
R. Contreras, Deputy Clerk

**For Clerk's Use Only:**

| | |
|---|---|
| 5 | Copies of Summons |
| 6 | Copies of Complaint/Amended Complaint |
| 2 | Certified Copy of IFP/Service Order |
| 4 | Blank USM 285s |